IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELISSA TEMPLE,<br><br>        Plaintiff,<br><br>vs.<br><br>LOWER ELKHORN NATURAL RESOURCES DISTRICT,<br><br>        Defendant. | 4:23CV3198<br><br>**ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff and defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's exhibits from Motion Hearing held December 8, 2023.

Defendant's exhibits from Motion Hearing held December 8, 2023.

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 30th day of September, 2024.

BY THE COURT:

s/ John M. Gerrard
Senior United States District Judge